Filed 7/22/24  P. v. Steeg CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>NORMAN LEE STEEG,<br><br>    Defendant and Appellant. | D083184<br><br><br><br>(Super. Ct. No. CR56218) |

APPEAL from an order of the Superior Court of San Diego County, Michael S. Groch, Judge.  Affirmed.

Norman Steeg, in pro. per.; and John L. Staley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This appeal is from the second petition for resentencing filed by Norman Steeg to seek resentencing of his 1983 conviction for first degree murder under Penal Code section 1172.6.[1]  In Steeg's first petition, the trial court issued an order to show cause and held an evidentiary hearing.  At the

---

[1]    All statutory references are to the Penal Code.

conclusion of the hearing, the court found the prosecution had proved beyond a reasonable doubt that Steeg was an active participant in the murder and that he acted with reckless disregard for human life. Steeg appealed and this court affirmed the order denying his petition for resentencing in an unpublished opinion. (*People v. Steeg* (Aug. 31, 2022, D079833).)

Steeg filed a second petition for resentencing under section 1172.6 for the same conviction based on the same set of facts. He does not attempt to justify filing a second petition to challenge an order which has already been upheld on appeal.

We will briefly summarize the procedural posture of the case.

In 1983, a jury convicted Steeg of first degree murder. In December 2021, the trial court denied Steeg's petition for resentencing. Steeg appealed and this court affirmed the denial of his petition.

In August 2023, Steeg filed his second petition for resentencing under section 1172.6. The trial court appointed counsel and held a hearing. The court denied the petition as a successive filing. Steeg again appeals the denial of the petition for resentencing of his murder conviction.

Appellate counsel has filed a brief pursuant to *People v. Delgadillo* (2022) 14 Cal.5th 216 (*Delgadillo*). Counsel has not been able to identify any potentially meritorious issues for reversal on appeal. Counsel asks the court to exercise its discretion under *Delgadillo* to independently review the record for error.

We advised Steeg he could file his own brief on appeal. Steeg has responded with a lengthy supplemental brief. In his brief, Steeg argues the credibility of witnesses at trial and minimizes his own role in the robbery that turned deadly. He complains about the trial court's errors at trial and argues he was merely a bystander in the homicide.

On his prior appeal Steeg disputed the trial court's findings on the same facts.

## DISCUSSION

As we have noted, appellate counsel has filed a *Delgadillo* brief and asks the court to independently review the record for error. We have exercised our discretion to independently review the record for error, even though this is the second challenge to the same ruling.

Our independent review of the record has not disclosed any potentially meritorious issues for reversal on appeal. Competent counsel has represented Steeg on this appeal.

## DISPOSITION

The order denying Steeg's second petition for resentencing under section 1172.6 is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

O'ROURKE, J.

IRION, J.

3